**Michael Richard D'ALESSANDRO,
Plaintiff—Appellant,**

v.

**MONTGOMERY COUNTY, MARY-
LAND; Suzyk Malagary; John Doe,
Case Manager; Grant Clark, Property
Manager, Defendants—Appellees.**

No. 10–6296.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 28, 2010.

Michael Richard D'Alessandro, Appel-
lant pro se. Patricia Lisehora Kane,
County Attorney's Office, Rockville, Mary-
land, for Appellees.

Before WILKINSON, NIEMEYER,
and DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Richard D'Alessandro appeals
the district court's order denying relief on
his 42 U.S.C. § 1983 (2006) complaint. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*D'Alessandro v. Montgomery County,* No.
8:09–cv00190–PJM (D. Md. filed Jan. 20,
2009; entered Jan. 21, 2010). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*